PEOPLE v. WILLIAMS

Appeal from Recorder's Court of Detroit, Robert J. Colombo, J. Submitted Division 1 April 20, 1971, at Detroit. (Docket No. 10730). Decided May 27, 1971.

M. C. Williams was convicted of larceny from a person. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*C. Charles Bokos,* for defendant on appeal.

Before: LESINSKI, C. J., and J. H. GILLIS and O'HARA,* JJ.

PER CURIAM. Defendant was found guilty of the crime of larceny from a person[1] and appeals. The people have filed a motion to affirm pursuant to GCR 1963, 817.5(3). A review of the briefs and records in this cause make it manifest that the questions sought to be reviewed are so insubstantial as to need no argument or formal submission.

Accordingly, the motion to affirm is granted.

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

[1] MCLA § 750.357 (Stat Ann 1954 Rev § 28.589).